IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TAMMY MARIE STEFFEN,**

    *Petitioner*,

v.                                Case No.: 4:22cv131-MW/MJF

**WARDEN STRONG,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2241 petition is **DISMISSED without prejudice** for failure to comply with court orders and failure to prosecute." The Clerk shall close the file.

**SO ORDERED** on October 5, 2022.

                                          s/Mark E. Walker_____
                                          **Chief United States District Judge**

2